IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Kevin King,

       Plaintiff,                                No. CIV S-05-0958 FCD CMK P

    vs.

Arnold Schwarzenegger, et al.,

       Defendants.                     <u>FINDINGS & RECOMMENDATIONS</u>

_____/

       On May 16, 2005, plaintiff, a state prisoner at High Desert State Prison, filed a document styled "motion for an injunction order," seeking to prevent discrimination/retaliation and a court order for immediate transfer to a medical facility and a request for a temporary restraining order and to file an oversized motion. By order filed May 24, 2005, the undersigned advised plaintiff that to commence an action, he must file a complaint, and granted plaintiff thirty days from the date of service of this order to file a complaint. The undersigned directed plaintiff to submit within thirty days a request to proceed in forma pauperis or the $250 dollar filing fee. To date, plaintiff has submitted neither a complaint nor an application to proceed informa pauperis or the filing fee. Plaintiff was warned that failure to comply with the May 24, 2005 order would result in a recommendation that this action be dismissed.

///

Based on the foregoing, the undersigned recommends that this matter be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:   July 7, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE